(November 8, 1984)

■ The People of the State of New York, Respondent, v Lloyd Coleman, Appellant. — Judgment, Supreme Court, Bronx County (Walter Schackman, J.), rendered on July 29, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sullivan, Ross, Asch and Kassal, JJ.